ERVIN COHEN & JESSUP LLP

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>A BETTER WAY LLC, a California limited liability company; TOM LE, an individual; and LE'S AUTO REPAIR & BODY, INC., a California corporation,<br><br>Defendants. | Case No. 2:21-cv-00697-SVW-KES<br><br>**ORDER AND JUDGMENT**<br><br>Date: May 10, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>350 W. 1st Street<br>Los Angeles, California 90012 |

The Motion of Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., for the entry of a Default Judgment against Defendants Tom Le and Le's Auto Repair & Body, Inc. came on for hearing, having been duly noticed, on May 10, 2021 at 1:30 p.m. before the Honorable Stephen V. Wilson, United States District Court Judge. The Court having found that entry of Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc., and against Defendants Tom Le

and Le's Auto Repair & Body, Inc., jointly and severally, as follows:

    (a)    Defendants Tom Le and Le's Auto Repair & Body, Inc. shall pay Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc. $31,473.47, plus prejudgment interest of $5,192.22.

2.    Although the claims for relief against Defendant A Better Way LLC shall remain pending, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby finds that there is no just reason to delay the entry of this judgment in favor of the Plaintiff Jeffrey E. Brandlin, Receiver for NTV Financial Group, Inc. with respect to the claims for relief against Defendants Tom Le and Le's Auto Repair & Body, Inc.

DATED: May 12, 2021

_____
Honorable Stephen V. Wilson
United States District Court Judge